**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Robin Allen, Petitioner,

v.

Richard Winn Academy, Kristen Chaisson (in her individual capacity and as Head of School), and John Ryan II, Respondents.

Appellate Case No. 2023-000805

———

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———

Appeal from Fairfield County
Eugene C. Griffith, Jr., Circuit Court Judge

———

Memorandum Opinion No. 2024-MO-024
Heard October 30, 2024 – Filed November 6, 2024

———

**DISMISSED AS IMPROVIDENTLY GRANTED**

———

Larry Conrad Marchant, Jr., of Law Office of Larry C. Marchant, Jr.; and David Douglas Hawkins, of The Hawkins Law Office, LLC, both of Columbia, for Petitioner.

Curtis W. Dowling and Matthew G. Gerrald, both of Barnes Alford Stork & Johnson, LLP, of Columbia; and Creighton B. Coleman, of Coleman & Tolen, LLC, of Winnsboro, all for Respondents Richard Winn Academy and Kristen Chaisson; and Paul L. Reeves, of Reeves and Lyle, LLC, of Columbia, for Respondent John Ryan II.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Allen v. Richard Winn Academy, Kristen Chaisson (in her individual capacity and as Head of School), and John Ryan II*, 2023-UP-129 (S.C. Ct. App. filed March 29, 2023).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL and VERDIN, JJ., concur.**